

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00349-CV

Scott Ralph **WHEELOCK** aka Scott Wheelock,
Appellant

v.

**KERR COUNTY**, Headwaters Groundwater Conservation District, Kerr County Emergency Services District #2, Kerr County Lateral Roads, Upper Guadalupe River Authority, Harper Independent School District,
Appellees

From the County Court at Law, Kerr County, Texas
Trial Court No. 21317A
Honorable Rex Emerson, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's May 24, 2022 judgment is AFFIRMED. Appellant's December 28, 2022 Motion for Attorneys to Show Authority is DENIED. We order appellant to pay the costs of this appeal.

SIGNED February 22, 2023.

Beth Watkins, Justice